UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
|    Gary R. Fogle | * | Case No. 05-33682 |
| | * | Chapter 13 |
| | * | |
|    Debtor | * | Judge Humphrey |
| | * | |

## APPLICATION FOR AWARD OF ADDITIONAL ATTORNEY FEES

Now comes counsel for the Debtor named herein and applies pursuant to L.B.R. 2016-1 for an additional attorney fee of $300.00 for additional work and $24.87 for postage and copying expenses as set forth below:

1. On September 15, 2009 a Motion for Modification of Plan was prepared and filed at the request of the Debtor by the Debtor's case attorney.

2. The preparation and filing of this Modification will allow the Debtor to make changes to his Chapter 13 case based on their current income and expenses.

3. The actual time spent by the attorney exclusive of paralegal and other support personnel is   1 hour.

4. No previous application has been made for the services which this application is made.

5. This case was confirmed on January 11, 2006 and the original proposed percentage payment to unsecured creditors is   10%.

6. The attorney for the herein Debtors respectfully requests $300.00 in additional fees and $24.87 for postage and copying expenses.

All parties are hereby placed on notice that an objection raising an affirmative defense to this application for award of additional attorney fees must be filed within twenty (20) days of the date set forth on the certificate of service and served on the undersigned or an order will be submitted to the Court approving said request for additional fees.

Respectfully submitted,

/s/ Lester R. Thompson
Lester R. Thompson, #0014841
Case Attorney for Debtors
1340 Woodman Drive
Dayton, Ohio  45432
(937) 252-2030

## CERTIFICATE OF SERVICE WITH TWENTY (20) DAY NOTICE

All parties are hereby placed on notice that any objection must be filed within twenty (20) days of the date set forth on the Certificate of Service or an order will be submitted to the Court. If a response objection to this application is timely filed, then a hearing shall be scheduled by the Court and Noticed upon the parties.

**I hereby certify that on September 15 , 2009 a copy of the foregoing Application for Additional Attorney Fees was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.**

**Jeffrey M. Kellner, Chapter 13 Trustee**
**U.S. Trustee**

**And on the following by ordinary U.S. Mail, postage prepaid, on September 15, 2009 addressed to:**

**Gary R Fogle, PO Box 131063, Dayton, OH 45413-1063**

/s/Lester R. Thompson
Lester R. Thompson